# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08cr50 |
| | ) | |
| JAMES LINDSEY | ) | |

## ORDER

The matter is before the Court on defendant's motion to substitute home confinement for community confinement (Document 29), filed on November 24, 2009.

For good cause,

It is hereby **ORDERED** that a hearing on defendant's motion, at which defendant must be present, is **SCHEDULED** for 11:00 a.m., Tuesday, December 15, 2009.

It is further **ORDERED** that in the meantime, defendant must report for community confinement as directed by the Probation Officer and the Bureau of Prisons.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons, the Marshal's Service, the Probation Office and all counsel of record.

/s/
_____

November 30, 2009                          T. S. Ellis, III
Alexandria, VA                               United States District Judge