IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08cr50 |
| | ) | |
| JAMES LINDSEY | ) | |

## ORDER

The matter is before the Court on defendant's motion to substitute home confinement for community confinement. Although defendant's motion in this regard was originally scheduled to be heard at 11:00 a.m., Tuesday, December 15, 2009, that hearing has now been cancelled.

Cancellation of today's hearing was an unavoidable consequence of airline delays and cancellations owing to weather conditions in Charlotte. The Court regrets the necessity to cancel the hearing and will issue an order in the near future rescheduling the hearing.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons, the Marshal's Service, the Probation Office and all counsel of record.

/s/

December 15, 2009
Alexandria, VA

T. S. Ellis, III
United States District Judge