UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO. 1:08CR50



| | |
|---|---|
| UNITED STATES OF AMERICA ) | **MOTION TO DISMISS MOTION TO** |
| ) | **SUBSTITUTE HOME CONFINEMENT** |
| vs. ) | **FOR COMMUNITY CONFINEMENT** |
| ) | |
| JAMES LINDSEY ) | |

NOW COMES, THE DEFENDANT, JAMES LINDSEY, by and through his attorney, Max O. Cogburn, Jr. and hereby moves the Court to dismiss his Motion to Substitute Home Confinement for Community Confinement as moot. The Defendant has completed his Community Confinement at the Salvation Army.

This the 2nd day of March, 2010.

s/ Max O. Cogburn, Jr.
Max O. Cogburn, Jr. Bar No. 7054
Attorney for Defendant
COGBURN & BRAZIL, P.A.
Post Office Box 120
Asheville, North Carolina 28802
Telephone: (828) 255-5400
Fax: (828) 258-8972
E-mail: mcogburn@cobralawfirm.com

So Ordered

3/2/10

T. S. Ellis, III
United States District Judge